**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Jason E. Wilson
Galloway, Johnson, Tompkins
328 Settlers Trace Blvd
Lafayette LA 70508

Richard G. Duplantier, Jr.
Galloway Johnson
701 Poydras Street, Ste 4040
New Orleans LA 70139

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 26, 2021

**REHEARING ACTION: May 26, 2021**

**Docket Number: 20   00259-CA**

**ROBERT BROUSSARD AND**
**R.J. BROUSSARD GENERAL**
**CONTRACTORS INC.**
**VERSUS**
**MULTI-CHEM GROUP, LLC, ET AL.**

**Appealed from Iberia Parish Case No. 118902**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Billy Howard Ezell**
**Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Multi-Chem Group, LLC, et al** is:

> The Motion to Substitute Rehearing filed by Multi-Chem, et al is granted. The Motion to Dismiss Appellants' Rehearing filed by Calvin J. Segura, Sr., et al is denied, as the rehearing was timely filed. The Application for Rehearing, on the merits, is denied.

cc: Theodore Michael Haik, Jr., Counsel for the Appellee
    Edward Paul Landry, Counsel for the Appellee
    Kreig Anthony Breaux, Counsel for the Appellee
    Louis Clayton Burgess, Counsel for the Appellee
    Derriel Carlton McCorvey, Counsel for the Appellee
    Jo Ann Nixon, Counsel for the Appellee
    Tobin James Eason, Counsel for the Appellee